**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| VALERIE CASKEY<br>Plaintiff,<br><br>v.<br><br>FRONTLINE ASSET STRATEGIES, LLC<br>Defendant. | Case No. 14-cv-14048-AJT-DRG<br><br>Hon. Arthur J. Tarnow |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES TO ANY PARTY**

     Plaintiff, by and through her attorney, Andrew L. Campbell, moves to dismiss Defendant Frontline Asset Strategies, LLC in the above action with prejudice and without costs or fees to any party. No answer has been filed in the above entitled matter.

| | |
|---|---|
| | /s/*Andrew L. Campbell* |
| Dated: January 6, 2015 | Andrew L. Campbell<br>Attorney for Plaintiff<br>1000 Beach St, Suite B<br>Flint, MI  48502<br>(810) 232-4344<br>hundy24@yahoo.com<br>P64391 |